UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          -v-

JULIAN LOPEZ,

          Defendant.

S5 11-CR-1032-62 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On May 9, 2014, defendant Julian Lopez was sentenced principally to a term of imprisonment of 180 months. Dkt. 1104.

On January 23, 2024, Lopez filed a motion requesting that the Court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline, which went into effect on November 1, 2023 and applies retroactively. Dkt. 2691. The United States Probation Department has issued a report indicating that Lopez is not eligible for a sentence reduction. Dkt. 2698.

The Court has considered the record in this case, and the submissions on this motion of the defendant, Dkt. 2691, and the Probation Department, Dkt. 2698.

The Court finds that Lopez is ineligible for a reduction of sentence because, as explained by the Probation Department, he does not meet the eligibility criteria of Amendment 821. The Court therefore denies Lopez's motion. The Court wishes to commend Lopez on the significant number of courses he has successfully completed while in federal custody, as reflected in the attachments to his motion. *See* Dkt. 2691 at 10-38.

The Clerk of Court is requested to terminate the motions at Dkt. 2691 and to mail a copy of this order to Lopez at the below address:

1

Julian Lopez
68848-066
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635


SO ORDERED.

                                                        _____
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: February 20, 2024
       New York, New York